**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01128-CV

**EBAY INC., Appellant**

**V.**

**BEACHBODY, LLC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01810-2014**

## ORDER

We **REINSTATE** this appeal. In an order dated October 1, 2014, we stayed this appeal on the parties' agreed motion. Before the Court is appellant's unopposed motion to lift the stay. We **GRANT** the motion and this appeal will now proceed.

We **GRANT** the October 7, 2014 motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record was filed on October 13, 2014.

Appellant's brief is due **NOVEMBER 17, 2014.**

/s/    ELIZABETH LANG-MIERS
JUSTICE